**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CANDYMAN KITCHENS, INC.,**

    **Plaintiff,**

v.                                               **Case No.:8:18-cv-00869-SDM-CPT**

**SANDCRAFTERS, LLC, et al.,**

    **Defendants.**
_____/

## MEDIATION REPORT

In accordance with the Court's mediation order, a mediation conference was held on August 8, 2018. Plaintiff's corporate representatives and trial counsel, the individual Defendant and corporate Defendants' representatives, insurance representatives and trial counsel attended and participated.

<u>The case has settled as to claims for injunctive relief and attorney fees in Count III; the remainder of the case remains pending.</u>

Done August 8, 2018 in Tampa, Florida.

                                              Respectfully submitted,

                                              <u>/s/ Peter J. Grilli</u>
                                              Peter J. Grilli, Esq.
                                              Florida Bar No. 237851
                                              Mediator
                                              3001 West Azeele Street
                                              Tampa, Florida 33609
                                              813.874.1002    Fax: 813.874.1131
                                              email: peter@grillimediation.com

I HEREBY CERTIFY that August 8, 2018 I electronically filed the foregoing document with the United States District Court Electronic Case Filing system, which will electronically send copies to counsel of record.

                                              <u>/s/ Peter J. Grilli</u>
                                              Peter J. Grilli, Esq.