**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | | |
|---|---|---|
| CANDYMAN KITCHENS INC.,<br>a Florida corporation, | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | |
| v. | ) <br> ) | Case No.: 8:18-cv-00869-SDM-CPT |
| SANDCRAFTERS LLC,<br>a Pennsylvania limited liability company, | ) <br> ) <br> ) | |
| SALLY SOLOMON,<br>an individual, | ) <br> ) <br> ) | |
| SANDBLAST<br>BY CREATIVE CONCEPTS, INC.,<br>an Alabama corporation, | ) <br> ) <br> ) <br> ) | |
| Defendants. | ) <br> / | |

## JOINT NOTICE OF DISMISSAL WITH PREJUDICE

Please take notice that all parties to this action have, pursuant to Federal Rule of

Procedure 41(a)(1)(A)(ii), stipulated to the dismissal of all claims in this action, with

prejudice. Each party will bear its own costs and attorney's fees.

///
///
///

Respectfully submitted this 16th day of April, 2019,


/s/ John T. Nelson                              /s/ C. Ryan Jones
John T. Nelson                                  C. RYAN JONES, ESQUIRE
Florida Bar No.: 119309                         Fla. Bar No. 0029043
Nelson Cyber Law, PLLC                          Trial Counsel
360 Central Avenue, 8th Floor                   KIMBERLY VAN DER RIET, ESQUIRE
St. Petersburg, FL 33701                        Fla. Bar No. 27164
(800) 440-5536                                  Traub Lieberman Straus & Shrewsberry, LLP
john@nelson.law                                 Post Office Box 3942
*Attorney for Plaintiff*                        St. Petersburg, Florida 33731
                                                727.898.8100 – Telephone
                                                727.895.4838 – Facsimile
                                                Attorneys for SandCrafters LLC and
                                                Sally Solomon
                                                rjones@tlsslaw.com
                                                kvanderriet@tlsslaw.com
                                                servicerjones@traublieberman.com


                                                KILLGORE, PEARLMAN, SEMANIE,
                                                DENIUS & SQUIRES, P.A.
                                                2 S. Orange Avenue, 5th Floor
                                                P.O. Box 1913
                                                Orlando, Florida 32802-1913
                                                Telephone: (407) 425-1020
                                                Facsimile: (407) 839-3635
                                                *Attorneys for Sandblast by Creative Concepts,
                                                Inc.*

                                                /s/ Douglas P. Gerber
                                                Frank H. Killgore, Jr.
                                                Florida Bar No. 372420
                                                Douglas P. Gerber
                                                Florida Bar No. 15269
                                                fkillgore@kpsds.com
                                                dgerber@kpsds.com
                                                cvause@kpsds.com